AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 6|9|10 @ 2:32pm |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Amy Stivison | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): _____
Corporate Service to Maryanne Defide - Authorized Agent
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/9/10 _____     _____
　　　　　　　　　Date　　　　　　　　　　　　　Signature of Server

4250 Steubenville Pike Pittsburgh, PA
15205
*Address of Server*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| LINDA CHRISTOPHER<br><br>v.<br><br>CARDWORKS SERVICING, LLC | CIVIL ACTION NO. 10-2235<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>CARDWORKS SERVICING, LLC<br>225 West Station Square Drive<br>Pittsburgh, PA   15219 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

THEODORE E. LORENZ, ESQ.
LUNDY, FLITTER, BELDECOS & BERGER, P.C.
450 N. NARBERTH AVE.
NARBERTH, PA  19072

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date:  MAY 13, 2010 |
|---|---|

(By) Deputy Clerk

CRYSTAL WARDLAW