IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA CHRISTOPHER,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CARDWORKS SERVICING, LLC,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO. 10-CV-2235(WY) |

## **NOTICE OF DISMISSAL**

TO THE CLERK OF COURT:

　　Kindly dismiss the above matter pursuant to Rule 41.1(b).


DATED: July 9, 2010　　　　　　　　　　*/s/ Theodore E. Lorenz (TEL5114)*
　　　　　　　　　　　　　　　　　　　THEODORE E. LORENZ
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　LUNDY, FLITTER, BELDECOS &
　　　　　　　　　　　　　　　　　　　BERGER, P.C.
　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue
　　　　　　　　　　　　　　　　　　　Narberth, PA  19072
　　　　　　　　　　　　　　　　　　　(610) 822-0781